UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE A. LORA,  Case No. 18-CV-4949 (JMF) (HBP)
*on behalf of himself, FLSA Collective Plaintiffs
and the Class,*

          Plaintiff,

   -against-

GRILL ON 2nd LLC d/b/a Tuttles Bar & Grill and
GARRETT DOYLE, in his individual capacity,

          Defendants.
-----------------------------------------------------------X

### NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b) and the Declaration of Robert D. Salaman, and the exhibits attached thereto, Plaintiff respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 55(b)(2), for entry of default judgment against Defendants Grill on 2nd LLC d/b/a Tuttles Bar and Grill and Garrett Doyle:

(1) Awarding Plaintiff damages for unpaid overtime, unpaid spread of hours, statutory wage violations, liquidated damages, and interest in the amounts set forth in Plaintiff's Proposed Default Judgment attached to the Declaration of Robert D. Salaman as Exhibit E; and

(2) Granting any other relief the Court deems just and proper.

   Dated: August 15, 2018
         New York, New York

                                  Respectfully submitted,

                                  **Akin Law Group PLLC**

                                  */s / Robert D. Salaman*
                                  _____
                                  Robert D. Salaman