UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE A. LORA,                                  Case No. 18-CV-4949 (JMF) (HBP)
*on behalf of himself, FLSA Collective Plaintiffs*
*and the Class,*

                Plaintiff,

    -against-

GRILL ON 2nd LLC d/b/a Tuttles Bar & Grill and
GARRETT DOYLE, in his individual capacity,

                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2018
```

## ~~PROPOSED~~ DEFAULT JUDGMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 55(b)

      This action having been commenced on June 4, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant Grill on 2nd LLC d/b/a Tuttles Bar & Grill by personally serving Nancy Dougherty, agent of the Secretary of State of New York on June 14, 2018, and proof of service was therefore filed on July 30, 2018. ECF. Doc. No. 9.

      And a copy of the Summons and Complaint having been personally served on the Defendant Garrett Doyle, by personally serving a suitable age person at his place of employment on June 14, 2018, and proof of service was therefore filed on July 30, 2018. ECF. Doc. No. 10.

      And the Defendants not having answered the Complaint, and time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the Plaintiff Jose A. Lora have judgment against Defendants in the liquidated amount of $8,321.40, with a compounded interest rate at 9% on an annual basis from May 24, 2018 to present, amounting to $187.23, amounting in all to $8,418.63.

Dated: August 30, 2018

New York, New York

_____
U.S.D.J.

This document was entered on the docket
on _____.

Plaintiff shall file any application for attorney's fees within two weeks and serve a copy of this endorsed judgment, along with the motion papers, on Defendants within two days. Defendants shall file any opposition to an application for fees and costs with four weeks of today's date.

SO ORDERED.