**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2020
```

------------------------------------------x
JOSE A. LORA,

                        Plaintiff,      18-CV-4949 (JMF) (HBP)

       - against -          **SATISFACTION OF JUDGMENT**

GRILL ON 2nd LLC d/b/a Tuttles Bar & Grill and
GARRETT DOYLE, in his individual capacity,

                       Defendants.
------------------------------------------x

WHEREAS, a judgment was entered in the above action on the 30th day of August, 2018, in favor of Plaintiff Jose A. Lora and against Defendants in the amount of $8,418.63 including interest, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

WHEREAS, a judgment was entered in the above action on the 19th day of October, 2018 in favor of Plaintiff and against Defendants in the amount of $5,829.70 for attorneys' fees and costs, and said judgment and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: January 12, 2020
       New York, New York

                                      Akin Law Group PLLC

                                      Robert D. Salaman
                                      45 Broadway, Suite 1420
                                      New York, NY 10006
                                      *Counsel for Plaintiff*

STATE OF NEW YORK          )
                           )   ss.:
COUNTY OF NEW YORK         )

On the __15__ day of __January__, 2020 before me personally came Robert D. Salaman, to me known and known to be a member of the firm of AKIN LAW GROUP PLLC, attorneys for Plaintiff Jose A. Lora in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

OLENA TATURA
Notary Public, State of New York
No. 01TA6346956
Qualified in Queens County
Commission Expires August 22, 20__